| | | |
|---|---|---|
| | AUSA: Adriana Dydell | Telephone: (313) 226-9125 |
| AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture  Special Agent: | Bryan Drake | Telephone: (414) 397-1264 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All funds on deposit in Capital One Account #55289186 as further described on Attachment A | )<br>)<br>)<br>)<br>) | Case: 3:20-mc-50910<br>Judge: Cleland, Robert H.<br>Case No.  Filed: 08-04-2020 At 12:19 PM<br>IN RE:SEALED MATTER(SW)(MLW) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Eastern_____ District of _____Michigan_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All funds on deposit in Capital One Account #55289186 as further described on Attachment A with permission to serve the warrant electronically followed by original service, which may be waived by Capitol One.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  August 17, 2020
                                                                                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duty                                .
              *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   August 4, 2020    10:12 am                            *[signature]*
                                                                                                                      Judge's signature

City and state:    Detroit, MI                                   Anthony P. Patti              U. S. Magistrate Judge
                                                                                                                *Printed name and title*

## ATTACHMENT A

All funds on deposit in Capital One Account #55289186, not to exceed $1,263,478.18, with permission to serve the warrant electronically followed by original service, which may be waived by Capital One to limit physical contact due to the COVID-19 pandemic.

**The financial institution upon which this seizure warrant has been served is instructed to provide federal agents authorized to seize the funds with the current balance in each account upon service of the seizure warrant and at the request of the federal agents authorized to seize the funds.**

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:20-mc-50910 | Date and time warrant executed:<br>8/5/20; 6:57 AM | Copy of warrant ~~and inventory~~ left with: (electronically<br>Sarah Blankenship (by email) |

Inventory ~~made~~ in the presence of:
N/A

Inventory of the property taken:

- Funds were not disbursed at the time of seizure, so no inventory was made.
- On 8/10/20, Capital One provided check no. 708732 for $132,713.07 to the FBI. And nothing else

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-20-2020

*Executing officer's signature*
BD Investigating Agents

Bryan Drake  FBI SA
*Printed name and title*